IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NO. 3:18cr83** |
| **Plaintiff,** | : | |
| | | **JUDGE WALTER H. RICE** |
| vs. | : | |
| **REGINALD HAMILTON** | : | |
| **Defendant.** | : | |

## ORDER UNSEALING CASE

This Court, upon its own motion, and with the agreement of the United States Attorneys' Office, hereby orders the instant case unsealed with the exception of the initial Complaint and any addenda to the same.

August 24, 2023

*Walter H. Rice* (tp - per Judge Rice authorization after his review)

WALTER H. RICE
UNITED STATES DISTRICT JUDGE