IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | Case No. 3:18cr83 |
| Plaintiff, | * | Judge Walter H. Rice |
| vs. | * | |
| REGINALD HAMILTON | * | |
| Defendant. | * | |

## DECISION AND ENTRY FINDING REMOVING DEFENDANT FROM SUPERVISED RELEASE VIOLATION STATUS AND RESTORING HIM TO SUPERVISED RELEASE

On April 10, 2026, the Defendant appeared in open Court and admitted an allegation set forth in a Petition directing him to show cause why his Supervised Release should not be revoked. Following the admission, Defendant was found in violation of Supervised Release. Following a colloquy between Defendant and the Court, with input from the Government, Defendant's Counsel and United States Probation Officer, Cameron Williams, Defendant was removed from violation status and restored to full Supervised Release, a status which will continue until expiration, unless, in the discretion of the Probation Officer, he wishes to move for early termination of that status.

.

Date:  4/15/2026

_Walter H. Rice_

**WALTER H. RICE**
**UNITED STATES DISTRICT JUDGE**


Copies to: Counsel of Record
          Cameron Williams USPO
          USM